**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6753**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

JAMES CLINTON, a/k/a Joker,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:00-cr-00015-IMK-1)

———————

Submitted:  September 29, 2011       Decided:  October 5, 2011

———————

Before KING, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Clinton, Appellant Pro Se.   Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Clinton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in his sentence. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Clinton's informal brief does not challenge the basis for the district court's disposition, Clinton has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED